**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROY D. WILLOUGHBY                                                                             PLAINTIFF

v.                                        NO. 4:12CV00608 JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of the Commissioner of the Social Security Administration denying Roy D. Willoughby's claims for Disability Insurance benefits and Supplemental Security Income is affirmed. Roy D. Willoughby's complaint is dismissed with prejudice.

IT IS SO ORDERED this 17th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE